Howard et al. *v.* Babcock.

---

## HOWARD *et al. v.* BABCOCK.

RULE 30.—Unless a bill of exceptions contain the words, "this was all the evidence given in the cause," it will not exclude the presumption of other evidence.

APPEAL from the *Vanderburgh* Common Pleas.

*Per Curiam.*—There is no question made in this case, except as to the sufficiency of the evidence to sustain the finding. The record does not contain all the evidence, as the bill of exceptions does not comply with the 30th rule, by stating that "this was all the evidence given in the cause."

The judgment below is affirmed, with costs.

*James E. Blythe*, for the appellants.

*Morris S. Johnson*, for the appellee.